# UNITED STATES FEDERAL DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

FILED - GR
December 6, 2010 12:10 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald / SCANNED BY: /UD 12-6

**SCHMIDT & U.S. Dept. Justice**

**Case No.**
LC Case No. 10—16022-FY-2

**V**

**HON: JANET T. NEFF**

**KALKASKA**

James Edward Schmidt
Sua-Sponte (Pro-Per/Pro-Se)
Amicus Curiae
Appeals of Right

**1:10-cv-1198**
Paul L Maloney
Chief U.S. District Judge

_____/

# NOTICE OF HEARING
# DE JURE –EN BLANC –CLASS 111 FEDERAL JUDGE
## PRELIMARY INJUNCTION ON STATE COURT PROCEEDINGS
## FEDERAL RULE 65- WRIT OF CAUSE "28 U.S.C. section 1651
## WRIT MANDAMUS FEDERAL GRAND JURY -RULE 6-Amend5
## SANITY HEARING ON MR. BRIAN DONNELLY
## Death –Knell Doctrine of Federal Immediate Appeal

NOW COMES, JAMES EDWARD SCHMIDT—LEGALLY BLIND—USES WHEELCHAIR—64 YEARS OLD and under the Federal Rules of Procedure is hereby petitioning the United States Federal District Court of Western Michigan with **a _PRELIMARY INJUNCTION_ on _ALL KALKASKA COURT PROCEEDINGS_, _FEDERAL WRIT OF CAUSE, ORDER FOR_**

## *TRANSCRIPTS & REGISTERY OF ACTIONS* and *NOTICE OF HEARING –DE JURE—EN BLANC in Federal Court*

The reasons for filing this petition (Motion/Order for) WRIT OF CAUSE—PRELIMARY INJUNCTION—WRIT OF MANDAMUS FOR FEDERAL GRAND JURY –citing—28 U.S.C. section 1651 –NOLLE PROSEQUE of James Edward Schmidt in 46th Circuit Court and Federal District Court--ORDER FOR TRANSCRIPTS-REGISTRY OF ACTIONS et ahl is under the **merits of law** and stated as follows:

1. James Edward Schmidt is disabled under the "**American with Disabilities Act**" citing— "**Rehabilitation Act of 1973**" citing "**29 U.S.C. section 794 (and amendments)**" and James Edward Schmidt is LEGALLY BLIND –pursuant to—"*42 U.S.C. section 416 (i) (1) (B) (Supp. IV 1986). (1)*" and has filed with the United States Federal Court Of Eastern District of Michigan (Grand Rapids) a "**MOTION FOR ACCOMMODATIONS**"—TIME STAMPED and Entered in the Court Record.

2. **James Edward Schmidt –Pro- Per / Pro-Se is appropriately filing this PETITION in Federal District Court of Western Michigan** –citing---"*FEDERAL RULE 7—"Pleadings Allowed—Form of Motions and Other*

*Papers" (a) PLEADINGS (b) MOTIONS & OTHER PAPERS (1) (2) NOTICE OF HEARING"*—supra—et seq.

3. The matter brought before the United States Federal District Court of Western Michigan in the initial filing of this case is a Criminal Matter of <u>EXTORTION, VIOLATION OF CIVIL RIGHTS, UNDUE PROCESS,DISCRIMINATION--et ahl</u> against **JAMES EDWARD SCHMIDT** by various Michigan State Agencies *INCLUDING MR.BRIAN DONNELLY P.A*. , Courts and Individual Parties of which petitioner has duly petitioned for a **FEDERAL GRAND JURY under** RULE 6 by and through a petition for a **"<u>WRIT OF MANDAMUS</u>"**—citing—*"<u>28 U.S.C. section 1651 and Rule 21 of the Federal Rules of Appellate Procedure</u>"* – citing---**"Federal All Writs Act"**—pursuant to" 28 U.S.C. section 1651" "on the FEDERAL BUREAU OF INVESTIGATION with the UNITED STATES DISTRICT ATTORNEY OF WESTERN MICHIGAN and a CIVIL & GRAND JURY TRIAL DEMAND on all other issues stated in original Complaint (Petition).

4. There are also other multiple causes of actions involving **UNDUE PROCESS and VIOLATIONS OF CIVIL RIGHTS--DISCRIMINATION**-et ahl by Petitioner [James Edward Schmidt] against the same parties and **APPEALS** thusly filed in the original filing as reference

being both **Civil and FEDERAL GRAND JURY** actions before Honorable Janet T. Neff by petitioner.

5. James Edward Schmidt—**is hereby PETITIONING FOR A "SANITY HEARING"** of MR. BRIAN DONNELLY P.A. by a LICENSED PSYCHOTHERAPIST OF HIS MENTAL CAPACITIES WHEREAS HE DEMONSTRATES EXTREMELY ANTISOCIAL PERSONALITY THAT OFTEN LEADS TO AGGRESSIVE, PREVERTED AND/OR CRIMINAL BEHAVIOR---citing---"*FEDERAL PUBLIC FUNCTION TEST*" pursuant to "*42 U.S.C. section 1983*" on MR. BRIAN DONNELLY. supra—et seq

6. [James Edward Schmidt] HAS BEEN-- <u>DENIED HIS REQUESTED FOR ACCOMODATIONS</u> of:
   (A) ALL DOCUMENTS IN 22 POINT FONT PRINT
   (B) ADAPTIVE EQUIPMENT of Aladdin, Opti-Lux or Kurtswell Reader,
   (C) WHEELCHAIR ACCESSIBILITY

## (D) HANDICAP ACCESSIBILITY of Restrooms—Courtroom—Hallways—[NOT BARRIER FREE]

7. Under the Operation of Law and pursuant to the "**FEDERAL ALL WRITS ACT**"—citing—"**28 U.S.C. section 1651**"—petitioner is petitioning for a "**WRIT OF CAUSE**" of a **DERIVATIVE DEFENSE in 46th Circuit Court of the State of Michigan By MR. BRIAN DONNELLY by JAMES EDWARD SCHMIDT**

8. As **PRIMARY AUTHORITY** —petitioner is citing— "**KLAXON DOCTRINE—the principle that a federal court exercising diversity jurisdiction must apply the choice-of-law rules of the state where the court sits."—pursuant to—"In KLAXON CO. v STENTOR ELEC. MFG. CO., the Supreme Court extended the rule of ERIE v THOMPKINS to choice-of law issues. 313 U.S.C 487, 61 s.ct. 1020—(1941)**"—supra—et seq.

9. As **PRIMARY AUTHORITY**—petitioner is citing— "**CLEARFIED TRUST DOCTRINE—the doctrine describing the federal court's power to make federal common law when there is both federal lawmaking power to do so and a strong federal interest in a nationally uniform rule**"--. "**Clearfield Trust Co. v United States, 318 U.S. 363, 63 S. Ct. 573 (1943)**"—supra—et seq.

10. As PRIMARY AUTHORITY—petitioner is citing—*"ERIE DOCTRINE—the principle that a federal court exercising diversity jurisdiction over a case that does not involve a federal question must apply the substantive law of the state where the court sits."—"ERIE RR. V TOMPKINS, 304 U.S. 64, 58 S. Ct. 817 (1938)"*—See Klaxon Doctrine---supra—et seq.

11. As PRIMARY AUTHORITY—petitioner is citing—*"MICHIGAN STATE CONSTITUTIONS"* **"NO PERSON SHALL BE DENIED THE EQUAL PROTECTION OF THE LAWS,** *nor shall any person be denied the enjoyment of his civil or political rights or be discriminated against in the exercise there of—because of religion—race—color or national origin."—THE LEGISLATURE SHALL IMPLEMENT THIS SECTION BY APPPROPRIATE LEGISLATION"* —supra—et seq.

12. As PRIMARY AUTHORITY—petitioner is citing—*"MICHIGAN STATE CONSTITUTIONS"—"ARTICLE 1 & 13—(13) CONDUCT OF SUITS IN PERSON OR BY COUNSEL—"ANY SUITOR IN ANY COURT OF THIS STATE HAS THE RIGHT TO PROSECUTE OR DEFEND HIS SUIT—EITHER IN HIS OWN PERSON OR BY AN ATTORNEY";* (Former Constitution)"—**See Constitution 1908 Article 11 & 12"**—supra-et seq.

13. As PRIMARY AUTHORITY—petitioner is citing— "*__MICHIGAN STATE CONSTITUTIONS"—pursuant to "ARTICLE 1 &1 –"POLITICAL POWER SEC. 1" ALL POLITICAL POWER IS INHERENT IN THE PEOPLE. GOVERNMENT IS INSITUTED FOR THEIR EQUAL BENEFIT—SECURITY AND PROTECTION"__*—(Former Constitution of 1908 –Article 11 Section 1)—supra—et seq.

14. Under the Operation of Law and pursuant to "*__U.S.C.A. section 1404-(a)"__* ALL **THE PROCEEDINGS of CASE # 10—16022-FY-2 are DULY VENUED** in United States Federal Court of Western Michigan and appropriately removed from the **STATE OF MICHIGAN 87-B District Court and the 46th Circuit Court** and a **AUTOMATIC STAY is placed on ALL PROCEEDINGS in the lower state courts**.

15. The United States Federal District Court of Western Michigan has **SOLE SUBJECT MATTER AND PERSONAL MATTER JURISDICTION** over the 46th Circuit Court – citing-----"*__DEATH-KNELL DOCTRINE OF IMMEDIATE INTERLOCUTORY APPEAL TO FEDERAL DISTRICT COURT"__*---citing---"*__WORATZECK v ARIZONIA BOARD OF__*

# *EXECUTIVE CLEMENCY, 117 F. 3d 400 (9th Circuit 1997*"---supra—et seq.

16.     Under the Operation of Law and citing-- "**SANDUSKY v NATIONAL BANK" 90 U.S. WALL 289—299—(1874)"** –pursuant to—"***Any Order Made In The Process Of The Cause May Be Subsequently Set Aside And Vacated, Upon Proper Showing Made, Provided Rights Have Not Become Vested Under It Which Will Be Disturbed By The Vacation***"—supra—et seq. Whereas there is an **AUTOMATIC STAY ON ALL LOWER MICHIGAN STATE COURT PROCEEDINGS** per *WRIT OF CAUSE--FEDERAL INJUNCTION* and this **FILED PETITION.**

   **WHEREAS** James Edward Schmidt (**PETITIONER**) is appropriately **PETITIONING for a OPEN HEARING** with appropriate **ORAL ARGUMENTS** to be **PRESENTED** before **HONORABLE JANET T. NEFF** in the Federal District Court of the Western District of Michigan on the above stated MOTION/ORDERS and **RESERVES his right to BRING INTO THIS ACTION** per *AMICUS CURIAE* the **UNITED STATES DEPT. OF JUSTICE** [Civil Rights Dept] the **MICHIGAN DEPT. of CIVIL RIGHTS** {**DIRECTOR DANIEL KIRCHBAUM** the **AMERICAN CIVIL LIBERTIES UNION of MICHIGAN** the **A.A.R.P. , MICHIGAN COMMISSIONER ON DISABILITY**

CONCERNS [MR. DUNCAN WYETH] the **DIRECTOR OF THE U.S. HOUSING FRAUD [HUD GENERAL INSPECTOR** the **AMERICAN COUNCIL OF THE BLIND-DIRECTOR—MR. MAUER** the **INTERNATION LIONS CLUB ,MR. JAMES MOORE—DIRECTOR OF DISABILITY NETWORK OF NORTHERN MICHIGAN** *and all others as deemed appropriate by petitioner.*

**WHEREAS** James Edward Schmidt (**PETITIONER**) under the Operation Of Law has **PETITIONED** [**MOTIONED**] for a **ARTICLE 111** United States Federal District Judge being **HONORABLE JANET T. NEFF**—pursuant to —"*The voluntary consent requirement was designed to assuage constitutional concerns, as Congress did not want to erode a litigant's right to insist on a trial before an ARTCLE III judge.* —citing—"*Dixon v. Ylst, 990 F. 2d 478, 479 (9th Cir. 1993)*"—citing—("*a party to a federal civil case has, subject to some exceptions, a constitutional right to proceed before an Article III judge*").

**WHEREAS** this petition is entitled as an **CAUSE OF ACTION** including **DISCRIMATION of a BLIND— WHEELCHAIR DISABLED PERSON** [James Edward Schmidt} under the operation of law—petitioner is **DULYING PETITIONING for ALL ATTORNEY FEES to be AWARDED** to **PETITIONER** under the "**AMERICAN WITH DISABILITES ACT** of 1990 (42 U.S.C. section 12101 et seq and all

amendments to date" as described by **Section 504 Title 1—11—111.**—supra—et esq.

_____    _____
**James Edward Schmidt**                        November 24, 2010
Sua Sponte—Pro-Per—Pro-Se
4074 Holiday Road
Traverse City, Michigan 49686
1—231—938—3325
**Amicus Curiae---supra—et al et al**