UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JAMES EDWARD SCHMIDT,                         |                Case No. 1:10-cv-1198
                                              |
         Plaintiff,                           |          HONORABLE PAUL L. MALONEY
                                              |
         v.                                   | Magistrate Judge Joseph G. Scoville
                                              |
KALKASKA COUNTY *et al.*,                     |
                                              |
         Defendants.                          |
                                              |
_____

## **JUDGMENT**

Final judgment is entered in favor of all defendants and against the plaintiff.

**IT IS SO ORDERED** this 5th day of May 2011.


                                        /s/ Paul L. Maloney
                                        Honorable Paul L. Maloney
                                        Chief United States District Judge